# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY A. DOCK, et. al., | |
| Plaintiffs, | CIVIL ACTION NO. 4:09-cv-606 |
| v. | (JUDGE CAPUTO) |
| RUTH RUSH et. al., | |
| Defendants. | |

## **ORDER**

**NOW**, this 6th day of March, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration (Doc. 60) is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge